# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 25, 2022

**BY ECF & EMAIL**
Honorable Judge Paul E. Davison
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/22

Re:   **United States v. Juan Morel**
      **22 Mj. 5102 (UA)**

Dear Judge Davison:

I write on behalf of my client, Juan Morel, to respectfully seek a temporary modification to Mr. Morel's bail conditions to allow him to travel between his home in New Rochelle, New York and Tenafly, New Jersey from September 7, 2022 to September 21, 2022. Mr. Morel works installing skylights, and his employer has a job in Tenafly on those dates. If approved, Mr. Morel would leave his home each morning to reach the job site by 6:00am and depart the job site by 6:00pm to return back home.

I have communicated with the government and Pretrial Services, and they do not object to this request. I appreciate the Court's consideration of this matter.

Respectfully submitted,

/s/ Mark B. Gombiner
Mark B. Gombiner, Esq.
Assistant Federal Defender
Tel.: (212) 417-8718

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
8-25-22

cc:   AUSA Kingdar Prussien (by ECF)
      Leo Barrios, Pretrial Services Officer (by E-mail)